**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-258**
**consolidated with 03-259 & 03-260**

**KENNETH BOUDREAUX, ET AL.**

**VERSUS**

**PASTOR JARVIS HARMON, ET AL.**

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 990679 C/W 990708 & 993497
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT COURT JUDGE

\*\*\*\*\*\*\*\*\*\*
**ULYSSES GENE THIBODEAUX**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Edward C. Abell  Jr.**
**Onebane, Bernard, Torian**
**P. O. Box 3507**
**Lafayette, LA 70502-3507**
**Telephone:  (337) 237-2660**
**COUNSEL FOR:**
        **Defendant/Appellee - Thompson Newspapers, Inc.**

**Julius Willis Grubbs, Jr.**
**Haik, Minvielle & Grubbs**
**P. O. Box 11040**
**Iberia, La 70562-1040**
**Telephone:  (337) 365-5486**
**COUNSEL FOR:**

**Defendants/Appellees - True Vine Ministries International, Inc., Pastor Jarvis Harmon, Janice M. Simmons, Myra L. Harmon, and Victoria Williams**

**Graham Newton Smith**
**Onebane, Donohoe, et al**
**P.O. Box 3507**
**Lafayette, LA 70502-3507**
**Telephone: (318) 237-2660**
**COUNSEL FOR:**
   **Defendant/Appellee - Thompson Newspapers, Inc.**

**Harold Dewey Register Jr.**
**P. O. Box 80214**
**Lafayette, LA 70598-0214**
**Telephone: (337) 981-6644**
**COUNSEL FOR:**
   **Plaintiff/Appellant - Pamela Anne Boudreaux**